# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA L. ADAMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOLLYWOOD PARK CASINO;<br>INGLEWOOD POLICE DEPARTMENT;<br>and OFFICER OLIVE, in his individual<br>and official capacities,<br><br>                    Defendants. | Case No. 2:24-cv-07245-SPG (AGR)<br><br>**JUDGMENT** |

-1-

Pursuant to the Order of Dismissal, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice, and the case is closed.

**IT IS SO ORDERED.**

DATED:  January 30, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE